VIRGINIA:

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
### (ALEXANDRIA DIVISON)

MYRA BROWN
3927 RICHMOND HWY
APT #203
STAFFORD, VA 22554

        Plaintiff,

                                          Case No:

v.

MINDA SOLOGASHVILI
805 ROOSEVELT AVE
MANVILLE, NJ 08835

and

A&D POWER LLC
95B MIDDLESEX VLG
MIDDLESEX, NJ 08846

Serve: Registered Agent
Nino Asatiani
95B Middlesex Village
Middlesex, NJ 08846

        Defendants.

## COMPLAINT

COMES NOW the Plaintiff, MYRA BROWN, by and through her counsel, Waleed Risheq, Esq. and Morgan & Morgan, DC, PLLC, brings this cause of action against the Defendants, MINDA SOLOGASHVILI and A&D POWER LLC, on the grounds and in the amounts set forth herein.

1

## PARTIES

1. Plaintiff, MYRA BROWN, is a citizen of the United States and under no legal disability and a resident of Stafford County, Virginia.

2. Defendant, MINDA SOLOGASHVILI, under knowledge, information, and belief, is a citizen of the United States and a resident of Somerset County, New Jersey under no legal disability.

3. Defendant, A&D POWER LLC is a foreign corporation with its principal place of business located in Middlesex, New Jersey.

4. At all times relevant hereto, Defendant MINDA SOLOGASHVILI, was employed by and acting as the apparent agent and/or servant of Defendant, A&D POWER LLC.

5. At all times relevant hereto, Defendant MINDA SOLOGASHVILI, was conducting business for his employer, Defendant, A&D POWER LLC.

6. At all times relevant hereto, Defendant MINDA SOLOGASHVILI, was acting in the course and the scope of his employment and/or agency relationship with Defendant, A&D POWER LLC.

## JURISDICTION AND VENUE

7. Venue is proper in this court pursuant to 28U.S.C. Section 1391(b)(2)

8. Jurisdiction is vested in this Court pursuant to 28 U.S.C. Section 1332(a)(1) as the amount in controversy exceeds $75,000.00.

## FACTS

9. On or about September 9, 2022, Plaintiff, MYRA BROWN, was the passenger of vehicle driven by Victoria Brown, operating her vehicle traveling southbound in the middle lane

on Richmond Highway, a 3-lane highway, at the intersection of the I95-N on-ramp.

10. Defendant, MINDA SOLOGASHVILI was operating the 2021 Dodge Ram connected to an auto transporter (semi-trailer), owned and operated with permission of the Defendant A&D POWER LLC.

11. The Defendant, Minda Sologashvili, was operating his vehicle traveling northbound in the left-turn lane on Richmond Highway, waiting to turn left onto the I95-N on-ramp.

12. Traffic traveling northbound in the left-turn lane awaiting entrance onto the I-95-N on-ramp is controlled by a signal, providing for the right-of-way for traffic traveling southbound on Richmond Highway.

13. At all times, Victoria Brown obeyed all laws and best practices when operating their vehicle, which includes keeping an appropriate lookout for traffic crossing the road.

14. The Defendant, disregarding the traffic signal and conditions existing at the time, recklessly failed to observe Victoria Brown's right of way and keep a proper lookout when making a left turn onto the I-95N on-ramp, resulting in a violent collision with the rear side-panel of Victoria Brown's vehicle.

15. The Defendant was operating his vehicle in a manner that exceeded a reasonable speed under the circumstances and traffic conditions that existed at the time, and as a result, collided with Victoria Brown's vehicle, carrying Ms. Brown as a passenger.

16. As a result of the Defendant's reckless action that caused the major collision previously mentioned, Ms. Brown sustained serious and debilitating injuries.

17. The Defendant was cited by Officer Steffenhagen at the scene of the accident for traveling on the left of and failing to yield the right-of-way to traffic on the right. (VA Code § 46.2-820)

18. The aforementioned collision occurred as the proximate result of the negligent conduct of the Defendant.

19. At all times relevant, Ms. Brown was free of any contributory negligence as to the cause of the collision and the injuries sustained. Likewise, Ms. Brown did not assume the risk of injury.

20. At all times relevant, Defendant, MINDA SOLOGASHVILI, was employed by Defendant, A&D POWER LLC, and/or acting as the agent, servant, and/or apparent agent of Defendant, A&D POWER LLC.

21. At all times relevant, Defendant, MINDA SOLOGASHVILI, was an employee and/or apparent and actual agent acting in the scope of his employment and or agency relationship in furtherance of the business interests of Defendant A&D POWER LLC.

22. As the principal for Defendant, MINDA SOLOGASHVILI, Defendant A&D POWER LLC, is liable for the negligent acts committed by their actual and apparent agent and/or employee, Defendant, MINDA SOLOGASHVILI.

## COUNT I – NEGLIGENCE

Ms. Brown re-pleads and incorporates by reference paragraphs No. 1 through paragraph No. 22 of this Complaint fully as if the allegations were set forth fully herein and further states:

23. This collision was caused by Defendant, MINDA SOLOGASHVILI's, negligence and therefore, Defendant, A&D POWER LLC, is liable based on their employee and/or apparent and actual agent's negligent conduct under the doctrine of *respondeat superior*.

24. The Defendants breaching of their duties of care include but are not limited to:

    a) failing to maintain control of the work vehicle;

      b) failing to use reasonable care when operating the work vehicle;

      c) failing to obey traffic laws;

      d) failing to safely operate his vehicle at a reasonable rate of speed;

      e) failing to keep a proper lookout;

      f) failing to take steps to avoid causing a collision;

      g) failing to generally operate the work vehicle in a safe, reasonable, and prudent manner; and was otherwise negligent.

## COUNT II – NEGLIGENCE PER SE

25. Ms. Brown re-pleads and incorporates by reference paragraphs No. 1 through paragraph No. 24 of this Complaint fully as if the allegations were set forth fully herein and further states:

26. At all times relevant hereto, it was the Defendant's duty to obey statutes enacted for public safety, including but not limited to VA Code § 46.2-825, requiring drivers intending to turn left within an intersection to yield the right-of-way to traffic approaching the opposite direction if it is so close as to constitute a hazard, VA Code § 46.2-830, requiring drivers to obey lawfully erected traffic control devices, and VA Code § 46.2-861, requiring drivers to operate their vehicle at a reasonable speed under the circumstances and traffic conditions existing at the time.

27. The Defendant violated these three (3) statutes which proximately caused the auto collision and resulted in the injuries to the Plaintiff.

28. The Plaintiff, Ms. Brown, was a member of the class to be protected by this statute.

## DAMAGES AND AD DAMNUM

29. As a direct and proximate result of the above-described breaches of duties, Ms. Brown

was caused to suffer serious injury to her person, to include pain and suffering, emotional distress, loss of enjoyment of life, loss of opportunity, permanent physical impairment, disfigurement, lost wages, past and future, medical expenses, past and future, and other damages, with no negligence or lack of due care on her part contributing thereto.

30. The aforementioned damages are permanent and continuing in nature.

**WHEREFORE,** Ms. Brown respectfully requests that this Court grant judgment in favor of Plaintiff, MYRA BROWN, for a personal injury action of and against Defendants, MINDA SOLOGASHVILI and A&D POWER LLC, jointly and severally, in the amount of $5,000,000.00 for compensatory damages and for such other amounts permitted by law as well as interest from September 9, 2022, and attorneys' fees and costs, or such other amounts as permitted by law and for such further relief as this Court deems just and proper.

## PRAYER FOR A JURY TRIAL

Plaintiff, by and through the undersigned counsel, hereby requests a jury trial on all triable issues in the above-captioned matter.

Respectfully submitted,

By Counsel

Waleeed Risheq, Esquire
VSB# 94962
Morgan & Morgan, DC PLLC
1901 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Email: Wrisheq@forthepeople.com
Phone: (202) 772-0569
Fax: (202) 772-0619
*Counsel for the Plaintiff*